DAVIS & GILBERT LLP
Howard J. Rubin (HR 1768)
Jennifer Tafet Klausner (JK 1413)
Allie Lin (AL 4067)
1740 Broadway
New York, New York 10019
(212) 468-4800

Attorneys for Plaintiff
PENN, SCHOEN & BERLAND ASSOCIATES, LLC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENN, SCHOEN & BERLAND ASSOCIATES, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> MICHAEL J. BERLAND, MITCHELL E. MARKEL, JULIE BISSELL, JENNIFER NEGRIN and GLOBAL INSIGHTS & STRATEGIES, LLC, <br><br> Defendants. | 07 Civ. _____ <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff Penn, Schoen & Berland Associates, LLC ("PSB") certifies as follows:  PSB a private (non-governmental) party, is an indirectly wholly-owned subsidiary of WPP Group plc., which is publicly traded.

Dated:  June 13, 2007

DAVIS & GILBERT, LLP

By: _____
  Howard J. Rubin, Esq.
  Jennifer Tafet Klausner, Esq.
  Allie Lin, Esq.
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Plaintiff Penn, Schoen &*
*Berland Associates, LLC*