Thomas E.L. Dewey (TD-6243)
Stephen M. Kramarsky (SK-6666)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
(212) 943-9000
(212) 943-4325 (fax)
*Attorneys for Michael J. Berland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENN, SCHOEN & BERLAND ASSOCIATES, LLC,<br><br>                                  Plaintiff,<br><br>-against-<br><br>MICHAEL J. BERLAND, MITCHELL E. MARKEL, JULIE BISSELL, JENNIFER NEGRIN, and GLOBAL INSIGHTS & STRATEGIES, LLC,<br><br>                                  Defendants. | No. 07-Civ. 5646 (DC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned firm hereby appears as counsel for defendant Michael J. Berland in this action, and requests service of all pleadings and correspondence upon it at the address set forth below.

Dated:  New York, NY
           June 19, 2007

                                                        DEWEY PEGNO & KRAMARSKY LLP


                                                        By     /s/Thomas E. L. Dewey
                                                                Thomas E.L. Dewey (TD-6243)
                                                                Stephen M. Kramarsky (SK-6666)

                                                        220 East 42nd Street
                                                        New York, NY 10017
                                                        (212) 943-9000

                                                        *Attorneys for Michael J. Berland*