UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENN, SCHOEN & BERLAND ASSOCIATES, LLC,<br><br>       Plaintiff,<br><br> -against-<br><br>MICHAEL J. BERLAND, MITCHELL E. MARKEL, JULIE BISSELL, JENNIFER NEGRIN and GLOBAL INSIGHTS & STRATEGIES, LLC,<br><br>       Defendants. | **Notice of Appearance**<br>1:07-cv-05646-DC |

PLEASE TAKE NOTICE that Piper Hoffman of OUTTEN & GOLDEN LLP hereby appears in the above-entitled proceeding on behalf of Defendant Michael J. Berland in this action, and requests service of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: New York, New York
   June 20, 2007

                  /s/ Piper Hoffman
                  Piper Hoffman

                  Piper Hoffman
                  **Outten & Golden LLP**
                  3 Park Ave, 29th Floor
                  New York, NY 10016
                  Telephone: (212) 245-1000
                  **Attorney for Defendant**