**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
PENN, SCHOEN & BERLAND ASSOCIATES, LLC,

                    Plaintiff,

        -against-

MICHAEL J. BERLAND, MITCHELL E. MARKEL,
JULIE BISSELL, JENNIFER NEGRIN, and GLOBAL
INSIGHTS & STRATEGIES, LLC,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07

07 Civ. 5646 (DC)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff Penn, Schoen & Berland Associates, LLC hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as none of the defendants, Michael J. Berland, Mitchell E. Markel, Julie Bissell, Jennifer Negrin, or Global Insights & Strategies, LLC, has answered the Complaint or moved for summary judgment in this action.

Dated: New York, New York
       June 21, 2007

DAVIS & GILBERT LLP

By: _____
    Howard J. Rubin (HR 1768)
    Jennifer Tafet Klausner (JTK 1413)
    Allie Lin (AL 4067)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Plaintiff Penn, Schoen & Berland Associates, LLC*

SO ORDERED
_____
USDJ
6/21/07